

SEALED  FILED
JAN 30 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,           CASE NO. 2:20-MJ0022-KJN
11
                    Plaintiff,
12                                       [PROPOSED] ORDER RE: REQUEST TO SEAL
               v.                        DOCUMENTS
13
    ALFRED VILLASENOR,                   UNDER SEAL
14
                    Defendant.
15

16
                          SEALING ORDER
17
        Upon application of the United States of America and good cause having been shown,
18
        IT IS HEREBY ORDERED that the arrest warrant and criminal complaint in the above-entitled
19
    proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered
20
    by this Court.
21

22
    Dated:  Jan 29, 2020                 _____
23                                       Hon. Kendall J. Newman,
24                                       U.S. MAGISTRATE JUDGE

25

26

27

28

SEALING ORDER