HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
NOA OREN, CA SBN #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALFRED VILLASENOR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALFRED VILLASENOR,<br><br>    Defendant. | Case No. 2:20-CR-00050-KJM<br><br>**[PROPOSED] ORDER TO FILE UNDER SEAL EXHIBITS A AND B IN SUPPORT OF MOTION FOR BAIL REVIEW**<br><br>Date: April 21, 2020<br>Time: 2:00 p.m.<br>Judge: CAROLYN K. DELANEY |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A - Letter from Veterans Affairs and Exhibit B - Mr. Alfred Villasenor's medical records be granted so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: April 17, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE