1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, # 297100
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710
6
7  Attorneys for Defendant
   ALFRED VILLASENOR
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA, | ) | Case No.  2:20-cr-00050-KJM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | WAIVER OF VILLASENOR'S PERSONAL |
| | ) | APPEARANCE FOR SENTENCING |
| vs. | ) | |
| | ) | |
| ALFRED VILLASENOR, | ) | Date:   September 28, 2020 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |
| | ) | |
| | ) | |

   Under CARES Act § 15002(b), Alfred Villasenor, by and through his counsel of record,

consents to proceed with his change of plea hearing by video-teleconference.  Counsel has

advised Mr. Villasenor of his right to appear in person for this hearing, as well as of his ability to

waive his personal appearance and appear via video-teleconference.  Mr. Villasenor waives his

right to personally appear at his change of plea on September 28, 2020.

   Pursuant to Gen. Order 616, counsel for Mr. Villasenor signs this waiver on his behalf.


Date: September 24, 2020

                                    _/s/ Alfred Villasenor_____
                                    ALFRED VILLASENOR

I agree and consent to my Client's waiver of appearance.

Dated: September 24, 2020

                                             _s/ Noa Oren_____
                                             NOA E. OREN
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             ALFRED VILLASENOR

IT IS SO ORDERED.

Dated: September 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE