HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
NOA OREN, CA SBN #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALFRED VILLASENOR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>ALFRED VILLASENOR,<br><br>              Defendant. | Case No. 2:20-CR-00050-KJM<br><br>**ORDER TO FILE UNDER SEAL EXHIBIT A IN SUPPORT OF VILLASENOR'S SENTENCING MEMORANDUM**<br><br>Date:  February 1, 2021<br>Time: 9:00 am<br>Chief Judge: Hon. Kimberly J. Mueller |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A - Psychiatric Evaluation of Alfred Villasenor be granted so that his medical information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: February 1, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE