McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00050-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING TEMPORARY RELEASE; FINDINGS AND ORDER |
| v. | |
| ALFRED VILLASENOR, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant, who is a medical doctor, is facing a separate, administrative law hearing before the Medical Board of California.

2. On February 8, 2021, the parties represented to the Court that they had jointly agreed to an 8-hour temporary release of the defendant so that he may meet with Mr. Jonathan Turner, an administrative law attorney representing him in his administrative law case.

3. Mr. Turner is available to meet with the defendant on February 23, 2021. Mr. Turner's law office is located at 1007 7th Street, Suite 304, Sacramento, CA 95814.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The defendant is to be temporarily released to the custody of a defense

investigator for the Federal Defenders of the Eastern District of California so that he may meet with Mr. Turner in Mr. Turner's law office.

      b)     The defendant shall be released into the custody of the defense investigator, who will be waiting for him outside the jail, at 9:00 a.m. on February 23, 2021 and shall return to the Sacramento County Jail no later than 5:00 p.m. the same day.

      c)     The defense investigator will escort the defendant directly to and from Mr. Turner's office, with no stops along the way.

      d)     While on release, the defendant will remain in the care, custody and control, and within eyesight, of the defense investigator.  The only exceptions to the "within eyesight" requirement are 1) that the defense investigator may remain outside Mr. Turner's internal office during the defendant's meeting with Mr. Turner, and 2) when the defendant is in the restroom.

      e)     The defendant will abide by all laws, and will not consume any alcohol or controlled substance, prescribed or not, during the period of his temporary release.

      f)     Except from the defendant's criminal defense attorney, Assistant Federal Defender Noa Oren, Ms. Oren's staff, Mr. Turner, and Mr. Turner's staff, the defendant shall not meet with any other people during his temporary release.

      g)     All involved parties shall abide by the Center for Disease Control and Prevention's recommended COVID-19 precautions, including social distancing and the use of face masks.

//

//

//

//

//

STIPULATION REGARDING TEMPORARY RELEASE; ORDER

2

h)  The defense investigator will contact Pretrial Services and the United States Marshal immediately at the phone numbers provided to him or her by defense counsel should any issue arise during the release period.

IT IS SO STIPULATED.

Dated:  February 11, 2021        McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ ADRIAN T. KINSELLA
                                 ADRIAN T. KINSELLA
                                 Assistant United States Attorney

Dated:  February 11, 2021        /s/ NOA OREN
                                 NOA OREN
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 ALFRED VILLASENOR

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 11th day of February, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING TEMPORARY RELEASE; ORDER

3