PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00050-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING TEMPORARY RELEASE; FINDINGS AND ORDER |
| v. | |
| ALFRED VILLASENOR, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant, who is a medical doctor, is facing a separate, administrative law hearing before the Medical Board of California.

2. On February 8, 2021, the parties represented to the Court that they had jointly agreed to an 8-hour temporary release of the defendant so that he may meet with Mr. Jonathan Turner, an administrative law attorney representing him in his administrative law case. Mr. Turner's law office is located at 1007 7th Street, Suite 304, Sacramento, CA 95814, which is only two blocks from the jail.

3. During this hearing, the Court indicated it would grant further temporary releases requests made by the defendant to enable the defendant to attend upcoming administrative hearings in

STIPULATION REGARDING TEMPORARY RELEASE; ORDER

1

his case before the Medical Board.[1]

4. Pursuant to a joint stipulation and proposed order submitted by the parties, the defendant met with Mr. Turner at his law office on February 23, 2021. ECF Nos. 79 & 80.

5. The next hearing in the defendant's administrative case is scheduled for April 16, 2021 from 1:30 p.m. to 5 p.m. Mr. Turner will participate in this hearing remotely from his law office. Mr. Turner has requested that the defendant be allowed to return to his office so that the two may continue to prepare for and participate in this hearing.

6. The parties agree and stipulate, and request that the Court find the following:

   a. The defendant is to be temporarily released to the custody of a defense investigator for the Federal Defenders of the Eastern District of California so that he may meet with Mr. Turner in Mr. Turner's law office.

   b. The defendant shall be released into the custody of the defense investigator, who will be waiting for him outside the jail, at 10:30 a.m. on April 16, 2021 and shall return to the Sacramento County Jail no later than 5:30 p.m. the same day.

   c. The defense investigator will escort the defendant directly to and from Mr. Turner's office, with no stops along the way.

   d. While on release, the defendant will remain in the care, custody and control, and within eyesight, of the defense investigator. The only exceptions to the "within eyesight" requirement are 1) that the defense investigator may remain outside Mr. Turner's internal office during the defendant's meeting with Mr. Turner, and 2) when the defendant is in the restroom.

   e. The defendant will abide by all laws, and will not consume any alcohol or controlled substance, prescribed or not, during the period of his temporary release.

   f. Except from the defendant's criminal defense attorney, Assistant Federal Defender Noa Oren, Ms. Oren's staff, Mr. Turner, Mr. Turner's staff, and any witness called by

---

[1] The United States maintains that the facts here do not amount to a compelling reason justifying temporary release under 18 U.S.C. § 3142(i). Rather, it is agreeing to further temporary releases given the specific facts, circumstances, and posture of this unique case, as well as the Court's indication of its tentative rulings on future release requests by the defense.

STIPULATION REGARDING TEMPORARY RELEASE; ORDER

2

Mr. Turner, the defendant shall not meet with any other people during his temporary release.

  g. All involved parties shall abide by the Center for Disease Control and Prevention's recommended COVID-19 precautions, including social distancing and the use of face masks.

Dated: March 18, 2021    PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: March 18, 2021

By: /s/ NOA OREN
NOA OREN
Assistant Federal Defender
Counsel for Defendant
ALFRED VILLASENOR

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of March, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE