HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorneys for Defendant
ALFRED VILLASENOR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00050-KJM |
| Plaintiff, | **STIPULATION AND REQUEST REGARDING TEMPORARY RELEASE; FINDINGS AND ORDER** |
| v. | |
| ALFRED VILLASENOR, | |
| Defendant. | |

Dr. Villasenor, through his counsel of record, and Assistant United States Attorney Adrian Kinsella hereby stipulate that this Court grant Dr. Villasenor temporary release on May 10-12, 2021 from 8:00 a.m.-5:30 p.m. to attend his hearing before the California Medical Board.

1. Dr. Villasenor, who is a medical doctor, is facing a separate, administrative law hearing before the Medical Board of California.

2. On February 23, 2021, Dr. Villasenor was temporarily released to meet and prepare with Mr. Jonathan Turner, an administrative law attorney representing him in his administrative law case. The release occurred without incident and Dr. Villasenor returned to Sacramento County Jail that day.

3. On April 16, 2021, Dr. Villasenor was temporarily released to attend a prehearing/settlement conference before the California Medical Board.

4. On May 10-12, 2021, Dr. Villasenor is scheduled to have a hearing regarding his medical license before the California Medical Board.

5. Dr. Villasenor will attend and participate in the hearing remotely with Mr. Turner at Mr. Turner's office. Mr. Turner's law office is located at 1007 7th Street, Suite 304, Sacramento, CA 95814.

6. Dr. Villasenor requests that the Court find the following:

a) Dr. Villasenor is to be temporarily released to the custody of a defense investigator for the Federal Defenders of the Eastern District of California so that he may attend and participate in his hearing with Mr. Turner in Mr. Turner's law office.

b) Dr. Villasenor shall be released into the custody of the defense investigator, who will be waiting for him outside the jail, at 8:00 a.m. on May 10-12, 2021 and shall return to the Sacramento County Jail no later than 5:30 p.m. each day.

c) The defense investigator will escort the defendant directly to and from Mr. Turner's office, with no stops along the way.

d) While on release, Dr. Villasenor will remain in the care, custody and control, and within eyesight, of the defense investigator. The only exceptions to the "within eyesight" requirement are 1) that the defense investigator may remain outside Mr. Turner's internal office during Dr. Villasenor's meeting with Mr. Turner, and 2) when Dr. Villasenor is in the restroom.

e) Dr. Villasenor will abide by all laws, and will not consume any alcohol or controlled substance, prescribed or not, during the period of his temporary release.

f) Except from the Dr. Villasenor's criminal defense attorney, Assistant Federal Defender Noa Oren, Ms. Oren's staff, Mr. Turner, Mr. Turner's staff, and any witness called by Mr. Turner, the defendant shall not meet with any other people during his temporary release.

g) All involved parties shall abide by the Center for Disease Control and Prevention's recommended COVID-19 precautions, including social distancing and the use of face masks.

h) The defense investigator will contact Pretrial Services and the United States Marshal immediately at the phone numbers provided to him or her by defense counsel should any issue arise during the release period.

//

Stipulation Regarding Temporary Release; Findings and Order     2     *United States v. Villasenor*, 2:20-cr-00050-KJM

| | |
|---|---|
| Date: May 4, 2021 | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa Oren*<br>NOA OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>ALFRED VILLASENOR<br><br>PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Adrian Kinsella*<br>ADRIAN KINSELLA<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of May, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE